450 A.2d 1043

Commonwealth v. Turner, Appellant.

Submitted December 5, 1980. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., HESTER and WIEAND, JJ.

Remanded to the Municipal Court of Pennsylvania with directives. Jurisdiction is retained by the Superior Court.

450 A.2d 1043

Commonwealth v. Weary, Appellant.

Submitted September 13, 1979. Perry DeMarco, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.